1  Law Office of Lee W. Gale
   Lee W. Gale (SBN 245242)
2  Email: lwg@lwgcounsel.com
   1709 Nogales Street, Suite #203
3  Rowland Heights, California 91748
   Ph: (310) 804-2434; Fx: (626) 965-9880
4  Attorney for Plaintiff

5  McGuireWoods LLP
   Bethany A. Pelliconi (SBN 182920)
6  Email: bpelliconi@mcguirewoods.com
   1800 Century Park East, 8th Floor
7  Los Angeles, California 90067
   Ph: (310) 315-8205; Fx: (310) 315-8210
8  Attorneys for Defendants Chase Investment Services, Corp. (erroneously sued herein as "Chase
   Investment Services, Inc."), David Lin, and Jason Liu
9

FILED - SOUTHERN DIVISION
CLERK. U.S. DISTRICT COURT
JAN 13 2012
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER WANG,<br><br>             Plaintiff,<br><br>      vs.<br><br>CHASE INVESTMENT SERVICES, INC., a division of JPMORGAN CHASE & CO., a publicly owned Delaware Profit Corporation; DAVID LIN, individually and in his capacity as supervisor; and JASON LIU, individually and in his capacity as supervisor,<br><br>             Defendants. | Case No.: SACV10-01880 AG(MLGX)<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

[PROPOSED] ORDER OF DISMISSAL - 1

## ORDER

Pursuant to the JOINT STIPULATION RE: DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST ALL PARTIES previously submitted by the parties, and good cause appearing therefore, IT IS SO ORDERED.

//

DATED: 1/13/2011

_____
ANDREW J. GUILFORD, U.S.D.J